## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTI L., on behalf of herself and her minor child, T.L.; et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> NATIONAL AIR AND SPACE MUSEUM ("NASM"); et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Case No. 1:23-cv-335 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Kristi L., on behalf of herself and her minor child, T.L.;
    Christina Mills;
    Patrick Murphy;
    Mary H.;
    Jane Kihne;
    Kathleen Kihne;
    Morgan Mills;
    Sue K., on behalf of her minor child, J.K.;
    Peter H. on behalf his minor child, O.H.;
    Laurie T. on behalf of her minor child, B.T.; and
    Christopher Morris
    (collectively referred to as "Plaintiffs").

Dated: February 6, 2023.       Respectfully submitted,

                                                           /s/ *Benjamin P. Sisney*
                                                           BENJAMIN P. SISNEY (D.C. Bar # 1044721)
                                                           THE AMERICAN CENTER FOR LAW AND JUSTICE
                                                            201 Maryland Avenue, N.E.
                                                            Washington, D.C. 20002
                                                             Telephone: (202) 546-8890
                                                            Facsimile: (202) 546-9309
                                                            Email: bsisney@aclj.org
                                                            *Counsel for Plaintiffs*