# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTI L., on behalf of herself and her minor child, T.L.; et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> NATIONAL AIR AND SPACE MUSEUM ("NASM"); et al., <br><br> Defendants. | Civil Case No. 1:23-cv-335 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

> Kristi L., on behalf of herself and her minor child, T.L.;
> Christina Mills;
> Patrick Murphy;
> Mary H.;
> Jane Kihne;
> Kathleen Kihne;
> Morgan Mills;
> Sue K., on behalf of her minor child, J.K.;
> Peter H. on behalf his minor child, O.H.;
> Laurie T. on behalf of her minor child, B.T.; and
> Christopher Morris
> (collectively referred to as "Plaintiffs").

Dated: February 7, 2023.    Respectfully submitted,

/s/ *Christina A. Compagnone*
CHRISTINA A. COMPAGNONE
   (D.C. Bar # 1657929)
THE AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C.  20002
Telephone: (202) 641-9168
Email: ccompagnone@aclj.org
*Counsel for Plaintiffs*