# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTI L., on behalf of herself and her minor child, T.L.; et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> NATIONAL AIR AND SPACE MUSEUM ("NASM"); et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Case No. 1:23-cv-335 ) ) ) ) ) ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kristi L., on behalf of herself and her minor child, T.L.;
Christina Mills;
Patrick Murphy;
Mary H.;
Jane Kihne;
Kathleen Kihne;
Morgan Mills;
Sue K., on behalf of her minor child, J.K.;
Peter H. on behalf his minor child, O.H.;
Laurie T. on behalf of her minor child, B.T.; and
Christopher Morris
(collectively referred to as "Plaintiffs").

Dated: February 7, 2023.

Respectfully submitted,

/s/ *Stuart J. Roth*
STUART J. ROTH (D.C. Bar No. 475937)
THE AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C. 20002
Email: sroth@aclj.org
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
*Counsel for Plaintiffs*