AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Kristi L., et al.
*Plaintiff*
v.
National Air and Space Museum, et al.
*Defendant*

Case No. 1:23-cv-335

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs.

Date:   02/07/2023

/s/ Edward L. White III
*Attorney's signature*

Edward L. White III (D.D.C. Bar No. TX0116)
*Printed name and bar number*
American Center for Law and Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105

*Address*

ewhite@aclj.org
*E-mail address*

(734) 680-8007
*Telephone number*

(734) 680-8006
*FAX number*