AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

KRISTI L., on behalf of herself and her minor child, T.L.; et al.,

*Plaintiff(s)*

v.

NATIONAL AIR AND SPACE MUSEUM (NASM), et al.,

*Defendant(s)*

Civil Action No. 1:23-cv-335

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATIONAL AIR AND SPACE MUSEUM (NASM)
6th St. and Independence Avenue, SW
Washington, D.C. 20560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin Sisney
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel. (202) 546-8890
Fax (202) 546-9309
bsisney@aclj.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 2/8/2023

/s/ Marquia Langford
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

KRISTI L., on behalf of herself and
her minor child, T.L.; et al.,

*Plaintiff(s)*

v.

NATIONAL AIR AND SPACE MUSEUM (NASM), et al.,

*Defendant(s)*

Civil Action No. 1:23-cv-335

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jessica Sanet, Assistant General Counsel
Office of General Counsel
Smithsonian Institution
1000 Jefferson Dr. SW, Room 302, MRC 012, Washington, DC 20560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin Sisney
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel. (202) 546-8890
Fax (202) 546-9309
bsisney@aclj.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 2/8/2023

/s/ Marquia Langford
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

KRISTI L., on behalf of herself and her minor child, T.L.; et al.,

*Plaintiff(s)*

v.

NATIONAL AIR AND SPACE MUSEUM (NASM), et al.,

*Defendant(s)*

Civil Action No. 1:23-cv-335

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRISTOPHER BROWNE,
in his official capacity as Director, NASM
6th St. and Independence Avenue, SW
Washington, D.C. 20560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin Sisney
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel. (202) 546-8890
Fax (202) 546-9309
bsisney@aclj.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 2/8/2023

/s/ Marquia Langford
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

KRISTI L., on behalf of herself and her minor child, T.L.; et al.,

*Plaintiff(s)*

v.

NATIONAL AIR AND SPACE MUSEUM (NASM), et al.,

*Defendant(s)*

Civil Action No. 1:23-cv-335

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARK WALLACE
Office of Protection Services
600 Maryland Avenue, SW
Washington, D.C. 20024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin Sisney
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel. (202) 546-8890
Fax (202) 546-9309
bsisney@aclj.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 2/8/2023

/s/ Marquia Langford
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

KRISTI L., on behalf of herself and her minor child, T.L.; et al.,

*Plaintiff(s)*

v.

NATIONAL AIR AND SPACE MUSEUM (NASM), et al.,

*Defendant(s)*

Civil Action No. 1:23-cv-335

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OFFICE OF PROTECTION SERVICES
600 Maryland Avenue, SW
Washington, D.C. 20024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin Sisney
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel. (202) 546-8890
Fax (202) 546-9309
bsisney@aclj.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 2/8/2023

/s/ Marquia Langford
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

KRISTI L., on behalf of herself and
her minor child, T.L.; et al.,

*Plaintiff(s)*

v.

NATIONAL AIR AND SPACE MUSEUM (NASM), et al.,

*Defendant(s)*

Civil Action No. 1:23-cv-335

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin Sisney
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel. (202) 546-8890
Fax (202) 546-9309
bsisney@aclj.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 2/8/2023

/s/ Marquia Langford
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

KRISTI L., on behalf of herself and her minor child, T.L.; et al.,

*Plaintiff(s)*

v.

NATIONAL AIR AND SPACE MUSEUM (NASM), et al.,

*Defendant(s)*

Civil Action No. 1:23-cv-335

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Attorney for the District of Columbia
United States Attorney's Office
Civil Process Clerk
555 4th Street, N.W.
Washington D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin Sisney
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel. (202) 546-8890
Fax (202) 546-9309
bsisney@aclj.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 2/8/2023

/s/ Marquia Langford
*Signature of Clerk or Deputy Clerk*