# AFFIDAVIT OF SERVICE

| Case: 1:23-cv-335 | Court: In The United States District Court for the District of Columbia | County: Washington, D.C. | Job: 8352582 |
|---|---|---|---|
| Plaintiff / Petitioner: KRISTI L., on behalf of herself and her minor child, T.L., et al. | | Defendant / Respondent: NATIONAL AIR AND SPACE MUSEUM ("NASM"), et al. | |
| Received by: One Source Process, LLC | | For: American Center for Law and Justice | |
| To be served upon: OFFICE OF PROTECTION SERVICES ("OPS") | | | |

I, Bryan Rodgers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** OFFICE OF PROTECTION SERVICES ("OPS"), 600 Maryland Ave SW, Washington, DC 20024

**Manner of Service:** Certified Mail, Feb 13, 2023, 4:01 pm EST

**Documents:** SUMMONS; COMPLAINT; PLAINTIFFS' SEALED MOTION TO PROCEED UNDER PSEUDONYM and MEMORANDUM IN SUPPORT OF PLAINTIFFS' SEALED MOTION TO PROCEED UNDER PSEUDONYM with Notice of Electronic Filing; PLAINTIFFS' SEALED MOTION FOR LEAVE TO FILE UNDER SEAL and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' SEALED MOTION FOR LEAVE TO FILE UNDER SEAL with Notice of Electronic Filing; SEALED NOTICE OF PLAINTIFFS' ADDRESSES (Received Feb 8, 2023 at 12:00pm EST)

**Additional Comments:**
1) On Feb 13, 2023, I mailed the documents to OFFICE OF PROTECTION SERVICES ("OPS"), 600 Maryland Ave SW, Washington, DC 20024 via USPS Certified Mail. Certified Mail tracking # 7022 0410 0000 8320 6850. Tracking shows the documents were delivered February 22, 2023, 6:35 am

Bryan Rodgers       Date 2/21/2023

One Source Process, LLC
1133 13th Street NW, Suite C4
Washington, DC 20005
800-668-5448

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public       Date 2/21/2023

Commission Expires January 14, 2027

NANCY RIVERA
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 14, 2027