# AFFIDAVIT OF SERVICE

| Case: 1:23-cv-335 | Court: In The United States District Court for the District of Columbia | County: Washington, D.C. | Job: 8352590 |
|---|---|---|---|
| Plaintiff / Petitioner: KRISTI L., on behalf of herself and her minor child, T.L., et al. | | Defendant / Respondent: NATIONAL AIR AND SPACE MUSEUM ("NASM"), et al. | |
| Received by: One Source Process, LLC | | For: American Center for Law and Justice | |
| To be served upon: Attorney General of the United States | | | |

I, Bryan Rodgers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Attorney General of the United States , U.S. Department of Justice: 950 Pennsylvania Ave NW, Washington, DC 20530

Manner of Service: Certified Mail, Feb 8, 2023, 3:39 pm EST

Documents: SUMMONS; COMPLAINT; PLAINTIFFS' SEALED MOTION TO PROCEED UNDER PSEUDONYM and MEMORANDUM IN SUPPORT OF PLAINTIFFS' SEALED MOTION TO PROCEED UNDER PSEUDONYM with Notice of Electronic Filing; PLAINTIFFS' SEALED MOTION FOR LEAVE TO FILE UNDER SEAL and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' SEALED MOTION FOR LEAVE TO FILE UNDER SEAL with Notice of Electronic Filing; SEALED NOTICE OF PLAINTIFFS' ADDRESSES (Received Feb 7, 2023 at 4:04pm EST)

### Additional Comments:
1) On Feb 8, 2023, I mailed the documents to Attorney General of the United States , U.S. Department of Justice: 950 Pennsylvania Ave NW, Washington, DC 20530 via USPS Certified Mail. Certified Mail tracking # 7021 2720 0003 3773 8013. Tracking shows the documents were delivered February 14, 2023, 5:54 am

Bryan Rodgers    2/21/2023
Date

One Source Process, LLC
1133 13th Street NW, Suite C4
Washington, DC 20005
800-668-5448

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public    2/21/2023
Date

January 14, 2027
Commission Expires

NANCY RIVERA
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 14, 2027