# AFFIDAVIT OF SERVICE

| Case:<br>1:23-cv-335 | Court:<br>In The United States District Court for the District of Columbia | County:<br>Washington, D.C. | Job:<br>8352607 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>KRISTI L., on behalf of herself and her minor child, T.L., et al. | | **Defendant / Respondent:**<br>NATIONAL AIR AND SPACE MUSEUM ("NASM"), et al. | |
| **Received by:**<br>One Source Process, LLC | | **For:**<br>American Center for Law and Justice | |
| **To be served upon:**<br>United States Attorney for the District of Columbia | | | |

I, Bryan Rodgers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** United States Attorney for the District of Columbia, United States Attorney's Office, Civil Process Clerk: 555 4th St NW, Washington, DC 20530

**Manner of Service:** Certified Mail, Feb 8, 2023, 3:41 pm EST

**Documents:** SUMMONS; COMPLAINT; PLAINTIFFS' SEALED MOTION TO PROCEED UNDER PSEUDONYM and MEMORANDUM IN SUPPORT OF PLAINTIFFS' SEALED MOTION TO PROCEED UNDER PSEUDONYM with Notice of Electronic Filing; PLAINTIFFS' SEALED MOTION FOR LEAVE TO FILE UNDER SEAL and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' SEALED MOTION FOR LEAVE TO FILE UNDER SEAL with Notice of Electronic Filing; SEALED NOTICE OF PLAINTIFFS' ADDRESSES (Received Feb 7, 2023 at 4:04pm EST)

**Additional Comments:**
1) On Feb 8, 2023, I mailed the documents to United States Attorney for the District of Columbia, United States Attorney's Office, Civil Process Clerk: 555 4th St NW, Washington, DC 20530 via USPS Certified Mail. Certified Mail tracking # 7022 0410 0002 2212 1433. Tracking shows the documents were delivered February 14, 2023, 5:54 am

Subscribed and sworn to before me by the affiant who is personally known to me.

_Nancy Rivera_  2/21/2023
Notary Public                         Date

January 14, 2027
Commission Expires

Bryan Rodgers  2/21/2023
Date

One Source Process, LLC
1133 13th Street NW, Suite C4
Washington, DC 20005
800-668-5448

NANCY RIVERA
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 14, 2027