UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTI L., *et al.*,<br><br>                    *Plaintiffs*,<br><br>          v.<br><br>NATIONAL AIR AND SPACE MUSEUM, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 23-0335 (ABJ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Kristi L., on behalf of herself and her minor child, T.L.;
    Christina Mills;
    Patrick Murphy;
    Mary H.;
    Jane Kihne;
    Kathleen Kihne;
    Morgan Mills;
    Sue K., on behalf of her minor child, J.K.;
    Peter H. on behalf his minor child, O.H.;
    Laurie T. on behalf of her minor child, B.T.; and
    Christopher Morris
    (collectively referred to as "Plaintiffs").

Dated: March 10, 2023.                              Respectfully submitted,

                                                /s/ *Olivia F. Summers*
                                                OLIVIA F. SUMMERS (D.C. Bar # 1017339)
                                                THE AMERICAN CENTER FOR LAW AND JUSTICE
                                                201 Maryland Avenue, N.E.
                                                Washington, D.C.  20002
                                                Telephone: (202) 546-8890
                                                Facsimile: (202) 546-9309
                                                Email: osummers@aclj.org
                                                *Counsel for Plaintiffs*