UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTI L., *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>NATIONAL AIR AND SPACE MUSEUM, *et al.*,<br><br>    *Defendants*. | Civil Action No. 23-0335 (ABJ) |

## JOINT STATUS REPORT

  Pursuant to the Court's June 16, 2023 Minute Order, Plaintiffs Kristi L., on behalf of herself and her minor child, T.L.; Christina Mills; Patrick Murphy; Mary H.; Jane Kihne; Kathleen Kihne; Morgan Mills; Sue K., on behalf of her minor child, J.K.; Peter H. on behalf his minor child, O.H.; Laurie T. on behalf of her minor child, B.T.; and Christopher Morris, and Defendants National Air and Space Museum ("NASM"); Christopher Browne, in his official capacity as Director of NASM; the Smithsonian Institution Office of Protection Services ("OPS"); and Mark Wallace, in his official capacity as Director, OPS (together, the "Parties"), respectfully submit this joint status report.

  1.  This action involves Plaintiffs' claims under the First Amendment, Fifth Amendment, and Religious Freedom Restoration Act in connection with their January 20, 2023 visit to NASM. *See* Compl., ECF No. 1. Plaintiffs allege that they were instructed by security officers during their visit to remove their attire because of their pro-life messages. *See id.*

  2.  The case is stayed and in mediation. The parties' attorneys are currently mediating a case involving similar issues, *Tamara R. v. Nat'l Archives & Records Admin.*, Civ. A. No. 23-0365 (TJK) (D.D.C.). That case stands in a similar procedural posture and is before the

- 2 -

same two mediators as this case. The first joint mediation session in the National Archives action occurred on April 13, 2023, and shuttle diplomacy remains ongoing. The parties have discussed possible dates for the mediation session in this action and expect to meet in September 2023.

*     *     *

Dated: July 31, 2023  Respectfully submitted,
Washington, DC

| | |
|---|---|
| THE AMERICAN CENTER FOR LAW AND JUSTICE<br>JAY ALAN SEKULOW<br>(D.C. Bar No. 496335)<br>JORDAN SEKULOW<br>(D.C. Bar No. 991680)<br>STUART J. ROTH<br>(D.C. Bar No. 475937)<br>CHRISTINA (STIERHOFF) COMPAGNONE<br>(D.C. Bar No. 1657929)<br>OLIVIA F. SUMMERS<br>(D.C. Bar No. 1017339)<br><br>BENJAMIN P. SISNEY<br>(D.C. Bar No. 1044721)<br>201 Maryland Avenue, NE<br>Washington, D.C. 20002<br>Telephone: (202) 546-8890<br>Facsimile: (202) 546-9309<br>Email: bsisney@aclj.org<br><br>/s/ *Abigail Southerland*<br>ABIGAIL SOUTHERLAND<br>(TN. Bar. No. 026608)<br>625 Bakers Bridge Ave., Suite 105-121<br>Franklin, Tennessee 37067<br>Tel. 615-599-5572<br>Fax: 615-599-5180<br>Email: asoutherland@aclj.org<br><br>EDWARD L. WHITE III<br>(D.D.C. Bar No. TX0116)<br>3001 Plymouth Road, Suite 203<br>Ann Arbor, Michigan 48105<br>Tel. 734-680-8007<br>Fax. 734-680-8006<br>Email: ewhite@aclj.org<br><br>*Attorneys for Plaintiffs* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:       /s/ *Douglas C. Dreier*<br>DOUGLAS DREIER, D.C. BAR #1020234<br>Assistant United States Attorney<br>601 D Street NW<br>Washington, DC 20530<br>202-252-2551<br>douglas.dreier@usdoj.gov<br><br>ERIKA OBLEA, D.C. BAR #1034393<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>202-252-2567<br>erika.oblea@usdoj.gov<br><br>*Attorneys for the United States of America* |