UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTI L., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>NATIONAL AIR AND SPACE MUSEUM, *et al.*,<br><br>    *Defendants*. | Civil Action No. 23-0335 (ABJ) |

## JOINT STATUS REPORT

  Pursuant to the Court's August 2, 2023 Minute Order, Plaintiffs Kristi L., on behalf of herself and her minor child, T.L.; Christina Mills; Patrick Murphy; Mary H.; Jane Kihne; Kathleen Kihne; Morgan Mills; Sue K., on behalf of her minor child, J.K.; Peter H. on behalf his minor child, O.H.; Laurie T. on behalf of her minor child, B.T.; and Christopher Morris, and Defendants National Air and Space Museum ("NASM"); Christopher Browne, in his official capacity as Director of NASM; the Smithsonian Institution Office of Protection Services ("OPS"); and Mark Wallace, in his official capacity as Director, OPS (together, the "Parties"), respectfully submit this joint status report.

  1. This action involves Plaintiffs' claims under the First Amendment, Fifth Amendment, and Religious Freedom Restoration Act in connection with their January 20, 2023 visit to NASM. *See* Compl., ECF No. 1. Plaintiffs allege that they were instructed by security officers during their visit to remove their attire because of their pro-life messages. *See id.*

  2. This case has been stayed since March 13, 2023 pursuant to this Court's Order (ECF No. 19) to allow the parties to engage in mediation. The parties' attorneys are currently mediating a case involving similar issues, *Tamara R. v. Nat'l Archives & Records Admin.*, Civ. A.

No. 23-0365 (TJK) (D.D.C.). That case stands in a similar procedural posture and is before the same two mediators as this case. The first joint mediation session in the National Archives action occurred on April 13, 2023.

3. On June 16, 2023, at the request of the parties (ECF No. 20), this Court entered an order extending the deadline for mediation in the instant case to July 31, 2023.

4. On August 2, 2023, at the request of the parties (ECF No. 21), this Court again entered an order extending the deadline for mediation in the instant case to September 29, 2023.

5. As the parties for the instant case reported in their joint status report of July 31, 2023 (ECF No. 21), they expected to have their first mediation session in September 2023. Accordingly, this Court once again extended the deadline for mediation to September 29, 2023.

6. While a joint session for mediation was initially scheduled for September 18, 2023, the parties did not meet for their scheduled mediation, but the parties continued to engage in shuttle diplomacy in an attempt to reach a resolution. Unfortunately, mediation has not been successful.

7. Pursuant to this Court's Order (ECF No. 19), the parties report that mediation has closed, and the parties will move forward with litigation.

8. **Plaintiffs' Position on Further Proceedings:** Plaintiffs respectfully request that this Court set a deadline for Defendants to respond to the Complaint on or before October 30, 2023. Plaintiffs have already agreed to numerous extensions and do not wish to experience further delay in the case. Defendants were served with the Complaint more than seven months ago on or before February 22, 2023, allowing Defendants extended time to confer with the Agency and investigate the allegations in the Complaint.

9. **Defendants' Position on Further Proceedings:** Defendants propose filing another Joint Status Report in approximately thirty days, or on or before October 31, 2023, to propose a

- 3 -

schedule for further proceedings. Defendants only learned this afternoon from the mediators that the mediation would be closed. Given the undersigned counsel's heavy litigation docket both in this Court and the D.C. Circuit and that Defendants had previously been focusing on mediation efforts thus far, undersigned counsel for Defendants will need sufficient time to first confer with the Agency about what information or other materials may be needed to prepare Defendants' response to the Complaint, which may include a pre-discovery motion for summary judgment or motion to dismiss in lieu of an Answer, before committing to a schedule for further proceedings. Defendants assert that allowing the parties to file a Joint Status Report in thirty days will further allow the parties to meet and confer on a potential agreeable briefing schedule for both parties.

Dated: September 29, 2023
Washington, DC

Respectfully submitted,

THE AMERICAN CENTER FOR LAW AND JUSTICE
JAY ALAN SEKULOW
(D.C. Bar No. 496335)
JORDAN SEKULOW
(D.C. Bar No. 991680)
STUART J. ROTH
(D.C. Bar No. 475937)
CHRISTINA (STIERHOFF) COMPAGNONE
(D.C. Bar No. 1657929)
OLIVIA F. SUMMERS
(D.C. Bar No. 1017339)

BENJAMIN P. SISNEY
(D.C. Bar No. 1044721)
201 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: bsisney@aclj.org

*s/ Abigail Southerland*
ABIGAIL SOUTHERLAND
(TN. Bar. No. 026608)
625 Bakers Bridge Ave., Suite 105-121
Franklin, Tennessee 37067
Tel. 615-599-5572
Fax: 615-599-5180
Email: asoutherland@aclj.org

*Attorneys for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Erika Oblea
ERIKA OBLEA, D.C. BAR #1034393
DOUGLAS DREIER, D.C. BAR #1020234
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
202-252-2551
douglas.dreier@usdoj.gov
erika.oblea@usdoj.gov

*Attorneys for the United States of America*