UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTI L., et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>NATIONAL AIR AND SPACE MUSEUM, et al.,<br><br>         Defendants. | Civil Action No. 23-0335 (ABJ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants National Air and Space Museum (the "Museum"); Christopher Browne, in his official capacity as Director of the Museum; the Smithsonian Institution Office of Protection Services ("OPS"); and Mark Wallace, in his official capacity as Director of OPS, respectfully request a thirty-day extension of time to file their response to Plaintiff's Complaint. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Plaintiffs. Plaintiffs are opposed to the relief requested.

1.     On October 27, 2023, the parties filed a Joint Status Report (ECF No. 25). The Joint Status Report noted that "[t]he parties request that Plaintiffs' Amended Complaint be due November 6, 2023." Jt. Status Rep. (ECF No. 25) ¶ 3. The parties proposed competing schedules for further proceedings on the shared understanding that Plaintiffs would be amending their Complaint by November 6, 2023:

| Deadline | Plaintiffs' Proposal | Defendants' Proposal |
|---|---|---|
| Defendants' response to the Amended Complaint, which Defendants anticipate will include a motion for summary judgment. | Dec. 6, 2023 | Jan. 5, 2024 |
| Plaintiffs' opposition and any related affirmative motion. | Jan. 5, 2024 | Feb. 5, 2024 |
| Defendants' reply and opposition to Plaintiffs' affirmative motion. | Jan. 23, 2024 | Mar. 6, 2024 |
| Plaintiffs' reply regarding Plaintiffs' affirmative motion. | Feb. 7, 2024 | Mar. 21, 2024 |

*Id.* ¶ 4.

2.  Defendants explained why they needed sixty days after Plaintiffs amend their Complaint: "Defendants note that briefing in this action will require further consultation with other components of the Department of Justice, and Defendants submit that a deadline of sixty days after Plaintiffs amend their Complaint is reasonable here.  Further, Defendants note that Assistant U.S. Attorney Dreier has a jury trial in an employment action before Judge Friedrich that is scheduled to commence on January 17, 2024, with significant pretrial deadlines starting November 3, 2023, as well as a D.C. Circuit oral argument in a Freedom of Information Act case that was scheduled today for December 4, 2023."  *Id.* ¶ 5.

3.  On November 1, 2023, the Court entered its Scheduling Order (ECF No. 28), which set a schedule that split some of the difference between the parties' proposals.  The Scheduling Order provided that Defendants' response to the contemplated Amended Complaint is due on January 5, 2024, Plaintiffs' opposition and cross-motion, if any, is due February 5, 2024; Defendants' reply and cross-opposition is due February 26, 2024; and Plaintiffs' cross-reply, if any, is due March 11, 2024.  The Court did not set a deadline for Plaintiffs to amend their Complaint.

4.      Plaintiffs did not amend their Complaint.  On December 5, 2023, in response to undersigned counsel's query, Plaintiffs confirmed that they had shifted course and now will not be amending their Complaint until after Defendants file their dispositive motion.  Thus, now Defendants must respond to the initial Complaint, which had not been Defendants' understanding based on the parties' Joint Status Report.

5.      Further, there have been significant developments since the parties filed their Joint Status Report that provide good cause for the requested thirty-day extension.  First, Assistant U.S. Attorney Erika Oblea, who is co-counsel on this case, is now on extended leave.  Second, on November 14, 2023, the D.C. Circuit scheduled oral argument in one of undersigned counsel's cases for January 12, 2024.  Currently, undersigned counsel's schedule for the holidays through January 17, 2024, includes the following deadlines in the above-captioned case, the case going to trial in January before Judge Friedrich, and the D.C. Circuit appeal: December 11, 2023, objections to voir dire and jury instructions; December 18, 2023, responses to those objections; December 19, 2023, hearing on motions in limine; December 28, 2023, pretrial statement; January 4, 2024, objections to witnesses and exhibits; January 5, 2024, the dispositive motion in this action; January 8, 2024, responses to objections to witnesses and exhibits; January 11, 2024, pretrial conference; January 12, 2024, D.C. Circuit oral argument; January 17, 2024, jury trial commences.  This is in addition to a status conference on January 10, 2024, regarding a second case that is also going to a jury trial, as well as myriad more routine filings, including answers, reply briefs, and more than twenty status reports in various cases.

6.      This extension will prejudice neither party.  The Court has already entered the consented-to preliminary injunction (ECF No. 18).

7.      To the extent Plaintiffs complain of the thirty-day delay, Defendants note that Plaintiffs' apparent decision to wait until after Defendants file their dispositive motion and then amend the Complaint, rather than amending it first and avoiding duplicative briefing, will be a larger source of delay than the thirty-day extension Defendants seek here.  Further, the previous delay in this case was mostly the result of the parties engaging in a protracted mediation.  Just five weeks after Plaintiffs filed the Complaint, the parties were referred to mediation, which lasted for several months.

8.      If the Court chooses to extend the other deadlines it had set, a thirty-day extension would result in the following deadlines: March 6, 2024, Plaintiffs' opposition and, if any, cross-motion; March 27, 2024, Defendants' reply and opposition; April 10, 2024, Plaintiffs' reply, if any.  Defendants note, however, that any such deadlines are likely to be undone, assuming Plaintiffs amend the Complaint after Defendants file their motion, as Plaintiffs contemplate.

9.      Accordingly, Defendants respectfully propose that the Court extend Defendants' deadline to respond to the Complaint by thirty days, to February 5, 2024.  A proposed order is enclosed.

*   *   *

Dated: December 7, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       /s/ *Douglas C. Dreier*
     DOUGLAS C. DREIER, D.C. Bar 1020234
     ERIKA OBLEA, D.C. Bar #1034393
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2551

*Attorneys for the United States of America*