UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTI L., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL AIR AND SPACE MUSEUM, et al., <br><br> Defendants. | Civil Action No. 23-0335 (ABJ) |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs Kristi L., on behalf of herself and her minor child, T.L.; Christina Mills; Patrick Murphy; Mary H.; Jane Kihne; Kathleen Kihne; Morgan Mills; Sue K., on behalf of her minor child, J.K.; Peter H. on behalf his minor child, O.H.; Laurie T. on behalf of her minor child, B.T.; and Christopher Morris, and Defendants National Air and Space Museum ("NASM"); Christopher Browne, in his official capacity as Director of NASM; the Smithsonian Institution Office of Protection Services ("OPS"); and Mark Wallace, in his official capacity as Director, OPS (together, the "Parties"), respectfully request a brief four-day extension of time for Defendants to file their response to Plaintiffs' Complaint currently due on Monday, February 5, 2024 pursuant to this Court's Order entered on January 2, 2024.

1. This action involves Plaintiffs' claims under the First Amendment, Fifth Amendment, and Religious Freedom Restoration Act in connection with their January 20, 2023 visit to NASM. *See* Compl., ECF No. 1. Plaintiffs allege that they were instructed by security officers during their visit to remove their attire because of their pro-life messages. *See id.*

2. On March 13, 2023, the Court referred this action to the Mediation Program, as requested by the parties. See Order (ECF No. 18). Although mediation ultimately reached an

- 2 -

impasse, see Jt. Status Rep. (Sept. 29, 2023, ECF No. 24), and mediation concluded, see Min. Order (Jan. 3, 2024), the parties have continued to discuss a possible resolution.

3. On December 18, 2023, a case involving similar claims, with parties who are represented by undersigned counsel for Plaintiffs and undersigned counsel for Defendants, was successfully resolved following mediation. See Tamara R. v. Nat'l Archives & Records Admin., Civ. A. No. 23-0365 (TJK) (D.D.C. Dec. 18, 2023), ECF No. 23.

4. On January 2, 2024, this Court granted Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint and ordered Defendants to file a response by February 5, 2024.

5. Since that time, the parties have been engaged in another attempt to resolve all issues via mediation with the Circuit Mediator. The parties continue to work towards a possible resolution with the Circuit Mediator and believe that a brief extension is necessary to handle the case in the most economical fashion. The relief sought is not being requested for purposes of delay.

6. Accordingly, the parties jointly move this Court for an order extending the time for Defendants to respond to Plaintiffs' Complaint to February 9, 2024.

\* \* \*

- 3 -

Dated: February 1, 2024                           Respectfully submitted,

THE AMERICAN CENTER FOR
LAW AND JUSTICE

*/s/ Abigail Southerland*
ABIGAIL SOUTHERLAND
(TN. Bar. No. 026608)
625 Bakers Bridge Ave., Suite 105-121
Franklin, Tennessee 37067
Tel. 615-599-5572
Fax: 615-599-5180
Email: asoutherland@aclj.org

JAY ALAN SEKULOW
(D.C. Bar No. 496335)
JORDAN SEKULOW
(D.C. Bar No. 991680)
STUART J. ROTH
(D.C. Bar No. 475937)
CHRISTINA (STIERHOFF)
COMPAGNONE
(D.C. Bar No. 1657929)
OLIVIA F. SUMMERS
(D.C. Bar No. 1017339)
BENJAMIN P. SISNEY
(D.C. Bar No. 1044721)
201 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: bsisney@aclj.org

*Attorneys for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        */s/ Douglas C. Dreier*
    DOUGLAS DREIER, D.C. BAR #1020234
    ERIKA OBLEA, D.C. BAR #1034393
    Assistant United States Attorneys
    601 D Street NW
    Washington, DC 20530
    202-252-2551
    douglas.dreier@usdoj.gov
    erika.oblea@usdoj.gov

*Attorneys for the United States of America*